IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR234 |
| | ) | |
| v. | ) | |
| | ) | |
| WENSCELAO ARRAIZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter is before the Court on the motion for extension of time to file objections to the report and recommendation of the magistrate judge (Filing No. 37).  The Court finds said motion should be granted.  Accordingly,

    IT IS ORDERED that defendant's motion is granted; defendant shall have until January 18, 2008, to file objections to the report and recommendation of the magistrate judge.

    DATED this 8th day of January, 2008.

                                      BY THE COURT:

                                      /s/ Lyle E. Strom
                                      _____
                                      LYLE E. STROM, Senior Judge
                                      United States District Court