IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )         8:07CR234
                               )
     v.                        )
                               )
WENSCELAO ARRAIZA,             )         ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 44). The Court finds said motion should be granted, subject to the filing of a written waiver of speedy trial. Accordingly,

IT IS ORDERED that said motion is conditionally granted. Trial of this matter is rescheduled for:

**Monday, May 19, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties will have time to prepare for trial or pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between March 24, 2008, and May 19, 2008, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court